PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 6:23-CR-00200-001 | |
| | | DOCKET NUMBER *(Rec. Court)* 2:26-cr-00192-GMN-BNW-1 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Anthony Villalobos-Garcia | DISTRICT: TX WESTERN | DIVISION: Waco | |
| | NAME OF SENTENCING JUDGE: U.S. District Judge Robert Shelby | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 08/24/2023 | TO: 08/23/2028 |

OFFENSE

Possession of Fentanyl with Intent to Distribute - 21 U.S.C. 841(a)(1)

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
SEPT 04 2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

08/27/2026
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 14, 2026
*Effective Date*

[signature]
*United States District Judge*

Print | Save As... | Export | Import | Reset

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Anthony Manuel Villalobos-Garcia

Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

August 28, 2026

TO: United States District Judge

On August 24, 2023, Anthony Manuel Villalobos-Garcia was sentenced to five (5) years' probation for committing the offense of Possession of Fentanyl with Intent to Distribute. On August 24, 2023, Villalobos-Garcia commenced his term of probation in Western District of Texas. On January 8, 2024, Villalobos-Garcia transferred his supervision to the District of Nevada where he has remained.

Villalobos-Garcia has no intention of returning to the Western District of Texas. As such, the probation officer respectfully requests the Court accept jurisdiction of this case. As noted by the signature on the attached Transfer of Jurisdiction (Prob22), U.S. District Judge Albright has agreed to relinquish jurisdiction of this case. Accepting jurisdiction of this case would allow the probation office to more expeditiously address supervision matters. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Victoria Willard Digitally signed by Victoria Willard Date: 2026.09.04 17:57:06 -07'00'

Victoria Willard
United States Probation Officer

Approved:

Amberleigh K Barajas Digitally signed by Amberleigh Barajas Date: 2026.09.04 13:10:28 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer